PD-0052-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/13/2015 1:10:01 PM
Accepted 1/20/2015 5:22:50 PM
ABEL ACOSTA
CLERK

# PD-0052-15

NO. _____

| | | |
|---|---|---|
| **JULIA RHOTON ANDREWS** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Julia Rhoton Andrews, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.     On December 10, 2014, the Court of Appeals affirmed appellant's conviction.  Julia Rhoton Andrews v. State, 09-13-00407-CR. This petition is therefore due on January 10, 2015.

2.     Counsel has been unable to complete the petition for the following reasons:  Counsel for Appellant has been laboring under a heavy caseload and requires more time to prepare said brief and requests more time to file said PDR.

3.     Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until February 11, 2015, to file a petition for discretionary review.

Respectfully submitted,

CHRISTINE R BROWN-ZETO
Attorney at Law
1107 Green Avenue
Orange, Texas 77630
Tel: (409) 886-8558
Fax: (409) 883-6523

By: /S/ Christine R. Brown-Zeto
Christine R. Brown-Zeto
State Bar No. 03102200
crbrown@exp.net
Attorney for Julia Rhoton Andrews

## CERTIFICATE OF SERVICE

This is to certify that on January 12, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Orange County, 801 Division, Orange, Texas 77630, by mail.

/S/ Christine R. Brown-Zeto
Christine R. Brown-Zeto